# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600  
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM  
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900  
Fax: (877) 496-7809

October 22, 2025

<u>VIA ELECTRONIC FILING</u>

Magistrate Judge Peggy Kuo  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Courtroom 11C South  
Brooklyn, New York 11201

      Re:   Joint status letter and consent motion for the extension of deadlines.

<u>Michael Edwards v. Stern & Stern, P.C. (1:24-cv-08137-PK)</u>

Dear Judge Kuo:

The undersigned represents Plaintiff in this FDCPA lawsuit.

The relevant procedural history of the case is as follows. On January 30, 2025, the court entered a scheduling order [DE 22] On March 7, 2025, Defendants' original counsel filed a motion to substitute [DE 28]. On February 20, 2025, attorney Arthur Sanders filed a notice of appearance [DE 26]. On May 7, 2025, Mr. Sanders filed a letter notifying the court and the parties that the insurance carrier would proceed with him as counsel [DE 30]. On July 22, 2025, the Parties filed, and the court granted, an application to extend the time to complete discovery until October 22, 2025.

Today is the deadline for the Parties to, inter alia, file a status report certifying the close of fact discovery. I write on behalf of all Parties to request an extension of the deadline for the close of fact discovery and the deadline to request a pre-motion conference or file a briefing schedule for dispositive motions. Pursuant to Your Honor's July 22, 2025 Scheduling Order, these deadlines are today. The parties request an extension until December 22, 2025.

The reason for the extension is that fact discovery is ongoing and incomplete. There have been significant personal and family issues in the past two months, and especially in the past week, affecting one of the counsels on this case that have made proceeding with discovery difficult. All counsel respectfully request an additional 60 days to complete discovery, file a letter certifying the same, and to request a pre-motion conference in advance of any dispositive motion.

This is the second request for an extension of this deadline. The extension would affect deadlines related to filing of pre-motion conference regarding summary judgment and certifying the completion of fact discovery. Those deadlines are today. The Parties request a 60-day extension to Monday, December 22, 2025 for those deadlines. The Parties jointly apologize for not filing this request for extension more than two business days prior to the deadline for which an extension is sought.

Respectfully,

/s/

2

Ahmad Keshavarz

cc: Arthur Sanders via ECF