# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600　　WWW.NEWYORKCONSUMERATTORNEY.COM　　Telephone: (718) 522-7900
BROOKLYN, NY 11241　　　　E-mail: ahmad@NewYorkConsumerAttorney.com　　Fax: (877) 496-7809

February 6, 2026

VIA ELECTRONIC FILING

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

**Re:　Joint letter regarding discovery and mediation.**

<u>Michael Edwards v. Stern & Stern, P.C. (1:24-cv-08137-PK)</u>

Dear Judge Kuo:

　　The undersigned represents Plaintiff in this FDCPA lawsuit. The Parties apologize for the delay in filing this letter.

　　Defendant has produced supplemental documents. Defendant indicates it does not have possession, custody or control of recordings generally; that recordings of calls are in the possession of a third-party vendor. Defendant has indicated the name of the vendor and the account number of Defendant with the vendor. Defendant indicates that is the "understanding" of the defendant that recordings are only kept for six months. Defendant indicates its belief that responsive recordings would have been deleted by the vendor.

　　Plaintiff would seek to subpoena the vendor directly to determine if they recordings of calls of Defendant, whether in fact they still have possession, custody or control of calls during the period in question, or if they have been destroyed, and, if destroyed, under what circumstances. Plaintiff anticipates this would be answered via a deposition on written questions and subpoena for documents.

　　Plaintiff has records from Marshal Moses produced voluntarily, but would also like to subpoena the marshal formally to make certain there are no documents in his possession, custody or control that have not been produced.

　　The parties request the extension of discovery for 60 days to obtain this information. Obtaining the information from the marshal could probably be obtained within three weeks. In issuing subpoenas with vendors who have recordings in other cases Plaintiff's counsel has been involved in, this sometimes can be dragged out. Plaintiff will issue these subpoenas promptly upon the extension of the discovery deadline. (Plaintiff could not issue the subpoena to telephone recordings vendor because the return date would be too short between the date Plaintiff learned of the identity of the vendor and the current discovery cut off).

      The parties will have the mediation with Joseph DiBenedetto on either March 27 or March 30, the earliest dates available for all who need to participate in the mediation.

Respectfully,

/s/

Ahmad Keshavarz

cc: Arthur Sanders via ECF