

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990  |  E-Mail: asanders@bn-lawyers.com

April 1, 2026


Hon. Peggy Kuo
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

RE:    Edwards v. Stern & Stern, P.C.
       24-CV-08137

Dear Judge Kuo:

Please accept this joint status report regarding the mediation that took place on March 27, 2026.

Unfortunately, the parties were unable to settle this matter at mediation.

The parties are contemplating a second mediation.  We are requesting that deadlines for filing the Joint Pre-Trial Order or for summary judgment be extended 30 days to give the parties an opportunity to schedule a second mediation, if that is possible.

Thank you for your attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw