# AHMAD KESHAVARZ
*Attorney at Law*

---

16 COURT STREET, #2600
BROOKLYN, NY 11241

WWW.NEWYORKCONSUMERATTORNEY.COM
E-mail: ahmad@NewYorkConsumerAttorney.com

Telephone: (718) 522-7900
Fax: (877) 496-7809

April 16, 2026

VIA ELECTRONIC FILING

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, New York 11201

> **Re:  Joint letter regarding discovery and mediation.**
>
> Michael Edwards v. Stern & Stern, P.C. (1:24-cv-08137-PK)

Dear Judge Kuo:

The undersigned represents Plaintiff in this FDCPA lawsuit. The Parties apologize for the delay in filing this letter.

Discovery in this action is now closed. The Parties attended a first mediation before an agreed mediator, but were unable to settle. The Parties are awaiting an update from Defendant's insurance adjuster on whether to proceed to a second mediation.

Respectfully,

/s/
Ahmad Keshavarz

cc: Arthur Sanders via ECF

1