Case 1:24-cv-08137-PK   Document 39   Filed 05/11/26   Page 1 of 1 PageID #: 233



**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

May 7, 2026

Hon. Peggy Kuo
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY  11201

RE:    Edwards v. Stern & Stern, P.C.
         24-CV-08137

Dear Judge Kuo:

This letter is written on behalf of both parties to this litigation.  It is written in compliance with the Court's Text Order of May 4, 2026.

The parties will not be participating in a second mediation of this case.  While we continue to discuss this matter, the parties remain far apart on settlement.

We anticipate that plaintiff will file its pre-motion conference letter with the Court by June 5, 2026, and defendant will respond to that letter by June 12, 2026.

We look forward to meeting with the Court after the submission of the pre-motion conference letter and response.

Thank  you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders

as/ctw