**Page 1**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

CIVIL NO:  1:24-cv-08137

- - - - - - - - - - - - - - X

MICHAEL EDWARDS,

                     Plaintiff,

     -against-

STERN & STERN, PC,

                    Defendants.

- - - - - - - - - - - - - - X

                  Virtual Deposition

                  Brooklyn, New York

                  November 10, 2025

                  1:10 p.m.

     REMOTE ZOOMEXAMINATION BEFORE TRIAL of MICHAEL EDWARDS, in the above-entitled action, held at the above time and place, pursuant to Order, taken before Tracie Shand, a shorthand reporter and Notary Public within and for the State of New York.

Page 39

Michael Edwards

me -- "Mr. Edwards, your pay check is being garnished."

So, I said "by who?"  She said she didn't know who it is.  She gave me a phone number and I called up the Marshal's office.

Q.    Did you have any other conversations with your employer?

A.    No.  No.  None at all.

Q.    At that point, you learned your wages were being garnished.

What did you do next?

A.    When I found out it was being garnished?

Q.    Yes, when --

(Simultaneous speaking.)

A.    I went into a panic attack.  I started feeling anxious.

I'm like, "oh, my God.  I have all my bills to pay."

And is this something that's going to be continuing.  I'm sitting outside -- I was outside the restaurant. I started sweating.  I don't know if I was

Page 40

Michael Edwards

having a panic attack.  I'm thinking about what's going to happen.  I have to pay my rent.  I didn't pay my rent yet.  I have my car insurance.  All of this money is going out of my pay.  What am I going to do?

It was the worst weekend in my life.  Because I couldn't wait until Monday morning.

Everybody was asking me "what's wrong.  I'm good.  Everything is okay."

I didn't want my kids or wife to know what's going on.  "Who do you owe money to that you're being garnished?"

I went through hell for that weekend until Monday morning to call my employer.

Q.    Just so I have the sequence of events right, you spoke to your employer on Monday morning, I guess, first, to your manager, then, to the payroll people?

A.    Yes.

Q.    Then, did you go to court that week or did you go some time later?

Page 41

Michael Edwards

When did you go to court?

A.    No.  I did not -- because I didn't know what to do.  I felt helpless.

I was sitting there for about two, three weeks before I went on my iPad and said let me see if there's -- to see if somebody to help me with this.  I cannot endure this.

So, I started typing in free attorneys.  Then, I found out this place called CAMBA.  I called them and they said, yes, bring everything you have and come in to sit down and talk.  We definitely can help you.

So, I went in there to speak with the free attorney and she went over all the paperwork.  They said, "Michael, you have a case because they did not file this properly.  And it was without you knowing anything about they file this case against you, so, you do have a case."

She said "give me a couple of weeks.  I got to get papers from the courthouse."

Page 61

Michael Edwards

that you were being garnished on January -- from your check -- dated January 4, 2024 through your check dated April 25, 2024?

A.    That's correct.

Q.    Let me go back to Exhibit F, the order to show cause.

That's dated April 1, 2024, right?

A.    Right.

Q.    Tell me if I read this correctly, "until the entry of a court order, all proceedings by the plaintiff, his or her attorney, and any Marshal, Sheriff, or City Marshal, or the enforcement of said judgement are stayed;" did I read that right?

A.    Yes.

Q.    Did Stern & Stern continue -- through the Marshals -- continue to garnish your wages even after April 1, 2024?

A.    Yes, they did.

Q.    Let me just ask you some

Page 62

Michael Edwards

questions apart from the documents.

You testified earlier, correct me if I'm wrong, that you found out about your wages being garnished while you were at a restaurant with your family on a Saturday; is that right?

A.    Yes.

Q.    You called your employer on Monday to find out what was going on?

A.    Exactly.  Yes.

Q.    During the time period through all of these months, when your wages were garnished, what concerns, if any, did you have that your employee, your coworkers, would be finding out about it?

A.    Because on my job, they talk a lot.  I know once I called HR and they told me it's being garnished, I know she's going to call my manager and tell my manager about it being garnished.  And they talk a lot amongst each other.

Q.    The question was a concern about whether coworkers might know about the garnishment or might be gossiping about

Page 63

Michael Edwards

it, did you have any concerns about that?

A.    Yes, a whole lot.

It's very embarrassing if your coworkers find out you're being garnished, that money is coming out of your check. Everybody is going to think you're not a responsible person.  So, I was really concerned that nobody find out about it.

Q.    How did you that make you feel?

A.    It was a horrible feeling.

I am a responsible person.  I take care of my bills, do everything that I'm supposed to do.

So, for this to be happening, and for them to find out, was really, really embarrassing.

Q.    Aside from this garnishment, how much of gossiping you said there is at work?

A.    A whole lot.  Everybody knows everybody's business at my hospital.

It's a hospital where everybody talking and everybody chatters.

So, I think, everybody knew

Page 64

Michael Edwards

about what happened and what was going on with me.

Q.    Or at least you were afraid of that?

A.    I was scared that they would find out.

Q.    Let's talk about when you were working.

Would you get copies of your pay stubs as they came out?

A.    It's on-line.  You have to go on-line to look at your pay stubs.

Q.    While your wages were being garnished, tell me how you were feeling during that time?

A.    It was horrible.  Especially, with my bills.

As I was telling you earlier, what I went through with my rent, and with my car payments.  I was driving my car for, like, six months without insurance because I couldn't pay the insurance.

So, I had to prioritize --

THE REPORTER:  Sorry, slow down.

Page 65

Michael Edwards

You were saying something about your car insurance.

A.    My car insurance, I couldn't pay my insurance.  I was driving my car without insurance just to make sure I paid my rent.  And to -- and the most important of that was my rent.

(The witness is mumbling.)

THE REPORTER:  When you mumble I can't get it down.

A.    I'm drawing a blank here.

The most important was my rent. I had to pay my rent.

I told you, the next bill, that was what I was really, really struggling with.

Q.    If you can remember, you can remember.

How did you feel driving without insurance?

A.    Oh, I'm a person always obeying the law.  It was hell.  The only thing I did was drive to work and home.

If I had to go to the

Page 66

Michael Edwards supermarket, I would take public transportation.  I would not drive my car. Because of the train, I had to drive to work because I do not like to go on the train.  I was just didn't want to go on the train.

Q.    What concerns, if any, did you have about having to drive without insurance?

A.    It was scary.  Especially, when you see a police light in front of you or behind you, I start to panic right away. I thought they were going to pull me over.

Q.    And what would you be afraid might happen if the police pulled you over?

A.    They would take the car from me right there.

Driving without insurance in New York State, they confiscate your car and take the car from you.

Q.    Just to be clear, why weren't you paying your insurance during the time your wages were being garnished?

Page 67

Michael Edwards

A.    I couldn't afford my insurance.

I had priorities that were more important.  The car insurance was not more important than the rest of my bills that I had to be paid.

Q.    Was there ever any monetary consequences for you not having paid your insurance for those months?

A.    Yes.

Q.    What was that?

A.    I did not know the -- my car is registered and insured in the State of Maryland.

I did not know if you don't keep the insurance on there, you have to turn in the plates.  And for everyday you keep the plates, they charge you.  At the end of that six month I owed $720, which I had to pay them back for -- my registration was suspended until I paid all the money back.

Q.    Did you pay that money back?

A.    I paid all of it back.

Q.    Let's talk about the time your

Page 68

Michael Edwards
wages were being garnished.

Tell me about the hours you were working?

A.    I was working 16 hours a day, four days a week.  Every day I was doing overtime.  I had to sleep at my job because I couldn't come home because there was not enough time for me to come home and go back to work.

I spent all of my time at the job.  I had to shower at the job because of doing all of this constant overtime.

Q.    You said 16 hours a day?

A.    Yes.  Double shifts every day.

Q.    Tell me what a double shift is?

A.    From -- my shift is overnight.  My shift is from 11:00 p.m. to 7:00 a.m., but I'll pack up a shift in the morning, which is from 6:30 a.m. until 2:30 p.m.

Q.    When and where would you sleep?

A.    There is a little area where they do a lot of storage.  I would get a recliner and put it in one of the rooms.  I would get a blanket, and cover myself,

Page 69

Michael Edwards

and I would sleep.

Q.    In the hospital?

A.    In the hospital.

Q.    How long did that last, for the time period your wages were being garnished?

A.    That lasted about almost, like, eight months.  Eight, nine months.  After I started getting it, I still had to do the overtime.

Q.    Why did you keep on having to be doing the overtime after your wages were released?

A.    Because I had to catch up on my credit card.  I had my light bill on payment plan.  I wanted to bring it back to where it's supposed to be instead of being on a payment plan.

Q.    Let's talk about your credit cards.

Were you able to pay your credit card minimum every month when your wages were being garnished?

A.    No.  On -- two of them, I paid

Page 70

Michael Edwards

the minimum every month.  The next one I completely stopped making payments.  I could not make the payments.

Q.    Do you know how much the credit card that you were missing the payments for, do you know how much they were charging you for monthly penalties?

A.    I'm not quite sure.  It was a lot.

Q.    For the credit cards that you were only able to make the monthly payments, even for all of the credit cards, about what kind of interest rate were you paying?

A.    I would have to look at the documents.  I can't tell you how much the interest rate was.

Q.    Let me go back to a document.

Let me show you Exhibit B, which is -- no.  Excuse me.

Withdrawn.

Let me show you what's been marked as Exhibit C.  It's a 44 page document, titled affirmation in support of