BARRON & NEWBURGER, PC

B♦N

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

June 10, 2026

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY 11201

RE:   Michael Edwards v. Stern & Stern, P.C.
      Docket No. 24-cv-08137

Dear Judge Kuo:

I am in receipt of plaintiff's filing of June 5, 2026, requesting a pre-motion conference on plaintiff's contemplated Motion for Summary Judgment. I have forwarded the filing to my client and to the insurance carrier, but my client has been away and will be returning at the end of this week. As a result, I have been unable to have a substantive discussion on plaintiff's filing, with my client and the insurance carrier.

This letter is written to request a short extension, of one week, to June 19, 2026, to file our response to plaintiff's pre-motion conference letter.

I have requested that plaintiff's counsel consent to this application and he has graciously agreed to do so. This is defendant's first application for an extension of time to respond to plaintiff's pre-motion conference letter.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders
as/gw