

**BARRON & NEWBURGER, PC**

**Arthur Sanders**
*Attorney*

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

June 26, 2026

Magistrate Judge Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Courtroom 11C South
Brooklyn, NY  11201

RE:   Michael Edwards v. Stern & Stern, P.C.
      Docket No. 24-cv-08137

Dear Judge Kuo:

As you know, this office represents the defendant in the above captioned matter. You Honor has scheduled a pre-motion conference for June 30, 2026, at 3:30 pm. The parties jointly request that the pre-motion conference be rescheduled.

Plaintiff's counsel is on vacation, out of the country, and he has asked me to file this letter. Since he is unavailable, and we consent to adjourn the pre-motion conference, we jointly request that such conference be rescheduled to July 7th or July 10th at any time convenient for the Court. We understand that the matter will be held in person at the Eastern Distract Court House and opposing counsel and I will attend the conference in person.

This is a first request to adjourn the pre-motion conference, and it is a joint request.

Thank you for your consideration.

Sincerely,

BARRON & NEWBURGER, P.C.

_____
By:  Arthur Sanders
as/gw