BARRON & NEWBURGER, PC

Arthur Sanders
Attorney

Office 845-499-2990 | E-Mail: asanders@bn-lawyers.com

October 13, 2026

Hon. Peggy Kuo
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

RE: Edwards v. Stern & Stern, P.C.
24-CV-08137

Dear Judge Kuo:

As you know, our office represents the defendant in the above-captioned matter. This letter is written to request that the upcoming trial, scheduled to begin on November 16, 2026, be adjourned for a minimum of 60 days due to an emergent coverage dispute between the carrier and the defendant. We are also requesting that all pre-trial deadlines be adjourned sine die pending the outcome of this application.

As defense counsel, I am prohibited from taking a position regarding the validity of the coverage dispute, but I can report that it needs to be resolved to prevent the defendant from being subject to the possibility of an award against them that it may be unable to pay due to the unexpected coverage issue.

I have advised my client that they will need to resolve this issue without my assistance by dealing with the carrier directly or through coverage counsel. My client understands the seriousness and urgency of this issue.

This office and opposing counsel were attempting to negotiate a resolution of this case until the carrier stopped providing instructions about one month ago. The reason for this lack of communication did not become apparent until last week.

Thank you for your attention to this matter.

Sincerely,

BARRON & NEWBURGER, P.C.

By: Arthur Sanders

as/ctw